■ LAWRENCE BRIGNATI, Respondent, v. LEROY BAILEY et al., Appellants.— Order of the Supreme Court, Queens County, dated August 25, 1966, reversed, without costs; defendants' motion granted; plaintiff's cause of action for personal injuries dismissed; and his cause of action for property damage severed and remitted to the Civil Court of the City of New York, Queens County, to be restored to its former position on the calendar for trial. Pursuant to CPLR 3216, as amended, defendants duly served upon plaintiff's attorneys a notice demanding that within 45 days plaintiff serve and file a note of issue. Plaintiff failed to comply with the demand. Defendants thereupon made the motion under review, to dismiss the personal injury cause for lack of prosecution and to sever the cause of action for property damage. Plaintiff failed, in opposition thereto, to offer a satisfactory excuse for his long delay in prosecuting the action and to submit an affidavit showing that he has a good and meritorious cause of action for personal injuries. In the circumstances, defendants are entitled to an unconditional dismissal thereof (*Pernise* v. *Di Giacomo,* 25 A D 2d 447; *Passalacqua* v. *County Estates,* 24 A D 2d 497). Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.

■ EDWARD CONWAY, an Infant, by EDWARD J. CONWAY, His Guardian ad Litem, et al., Appellants-Respondents, v. ST. GREGORY'S PAROCHIAL SCHOOL, Respondent-Appellant.— Order of the Supreme Court, Queens County, entered February 19, 1965, reversed insofar as appealed from by the respective parties, with costs to respondent-appellant; defendant's motions to set aside the verdict in plaintiffs' favor and to dismiss the complaint granted; and judgment directed to be entered accordingly, in favor of defendant, with costs. In our opinion, plaintiffs failed to present evidence upon which a finding could be made that defendant was negligent. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.

■ MARY DREMUCHA, as Committee of the Person and Property of JOHN DREMUCHA, an Incompetent, et al., Respondents, et al., Plaintiff, v. CITY OF NEW YORK, Appellant, et al., Defendant.— Judgment of the Supreme Court, Kings County, entered November 3, 1965, affirmed, with one bill of costs to respondents. No opinion. Christ, Rabin and Benjamin, JJ., concur; Beldock, P. J., and Ughetta, J., dissent and vote to reverse the judgment and to grant a new trial, unless the plaintiff committee stipulates to reduce the amount of the verdict for the incompetent from $221,000 to $100,000 and for entry of an amended judgment in accordance therewith, on the ground that such verdict was excessive to the extent indicated.